No. 75–6746.  Morgan v. Rees, Warden.  C. A. 9th Cir. Certiorari denied.

No. 75–6748.  Martinez v. United States.  C. A. 5th Cir. Certiorari denied.

No. 75–6749.  Noto v. United States.  C. A. 3d Cir. Certiorari denied.

No. 75–6750.  Kaye v. U. S. Civil Service Commission. C. A. 9th Cir.  Certiorari denied.

No. 75–6751.  Warren v. Aaron, Warden.  C. A. 7th Cir. Certiorari denied.

No. 75–6752.  Moody v. United States.  C. A. 4th Cir. Certiorari denied.

No. 75–6753.  Cartano v. United States.  C. A. 8th Cir. Certiorari denied.

No. 75–6754.  Bonds v. United States.  C. A. 5th Cir. Certiorari denied.

No. 75–6756.  Zatko v. Brown, Governor of California, et al.  C. A. 9th Cir.  Certiorari denied.

No. 75–6757.  Johnson v. United States.  C. A. 2d Cir. Certiorari denied.

No. 75–6758.  Franzella v. Secretary of Health, Education, and Welfare.  C. A. 2d Cir.  Certiorari denied.

No. 75–6759.  Schlobohm v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 75–6760.  Carter v. United States.  C. A. 4th Cir. Certiorari denied.

No. 75–6762.  Schwartz v. Court of Common Pleas of Philadelphia et al.  C. A. 3d Cir.  Certiorari denied.